1  Perrie M. Weiner (Bar No. 134146)
   perrie.weiner@dlapiper.com
2  Robert D. Weber (Bar No. 165992)
   robert.weber@dlapiper.com
3  DLA PIPER LLP (US)
   2000 Avenue of the Stars, 4th Floor North Tower
4  Los Angeles, CA  90067
   Tel:  310.595.3000 / Fax:  310.595.3300
5

6  John P. Coffey (*Pro Hac Vice* Pending)
   SCoffey@kramerlevin.com
7  Jonathan M. Wagner (*Pro Hac Vice* Pending)
   JWagner@kramerlevin.com
8  Samantha V. Ettari (*Pro Hac Vice* Pending)
   SEttari@kramerlevin.com
9  Kramer Levin Naftalis & Frankel LLP
10 1177 Avenue of the Americas
11 New York, NY  10036
   Telephone:  212.715.9100
12

13 *Attorneys for Defendants Third Avenue*
   *Management LLC, Third Avenue Trust, M.J.*
14 *Whitman LLC, Vincent J. Dugan, W. James*
   *Hall III, and Michael Buono*

15              **IN THE UNITED STATES DISTRICT COURT**

16           **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

17

| | |
|---|---|
| 18 SUPRABHA BHAT, individually and on behalf of all others similarly situated, | Case No. 2:16-cv-00904 |
| 19                Plaintiff, | **DEFENDANTS' NOTICE OF UNOPPOSED MOTION AND MOTION TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF NEW YORK** |
| 20 v. | |
| 21 THIRD AVENUE MANAGEMENT | |
| 22 LLC; *et al*. | Judge: Hon. Michael W. Fitzgerald |
| 23                Defendants. | Courtroom: Spring Street 1600 – 16th Fl. |
| 24 | Action Filed: February 09, 2016 |
| 25 | |
| 26 | Hearing Date:  April 11, 2016 |
| | Hearing Time: 10:00 a.m. |

27

28

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on Monday, April 11, 2016 at 10:00 a.m., in Courtroom 1600, located at 312 N. Spring Street, Los Angeles, California, 90012, Defendants Third Avenue Management LLC, Third Avenue Trust, M.J. Whitman LLC, Vincent J. Dugan, W. James Hall III and Michael Buono (collectively, the "Defendants") will and hereby do move the Court pursuant to 28 U.S.C. § 1404(a) for an order transferring this action to the Southern District of New York (the "SDNY"). **This motion is unopposed**.

This action is one of four related putative nationwide class actions arising under the Securities Act of 1933. Those other cases are *Tran v. Third Avenue Management LLC*, 16-cv-00602 (the "Tran Action"); *Inter-Marketing Group USA, Inc. v. Third Avenue Trust, et al.*, 16-cv-00736 (the "IMG Action"); and *Matthews v. Third Avenue Management LLC et al.*, 16-cv-00770 (the "Matthews Action"), each of which is pending before the Hon. Michael W. Fitzgerald as a related case. The complaints allege misrepresentations or omissions arising from the same prospectuses and public filings; name the same defendants; and in many respects are nearly identical. Defendants have already moved to transfer the Tran Action to the SDNY under 28 U.S.C. 1404(a). Transfer to the SDNY would best serve the interests of justice and party and non-party convenience, because among other reasons there is a first-filed action already pending in the SDNY and the SDNY is the most convenient forum for the parties and witnesses, most of whom are located in or near that district. The motion to transfer venue in the Tran Action is based in part upon a Memorandum of Points and Authorities and the Declarations of John P. Coffey ("Coffey Decl.") and W. James Hall III filed in that Action.

As noted in the Coffey Declaration, counsel for plaintiff in this action stated on March 1, 2016, in a telephone call, that they do not oppose a transfer to the SDNY. *See* Coffey Decl. ¶ 10(b). Counsel for plaintiff in the Matthews Action stated in an email,

dated February 25, 2016, that they do not object to the transfer of that action to the SDNY. *See id.* ¶ 10(a), Ex. 8. Defendants are thus also filing an unopposed motion to transfer the Matthews Action.[1]

Defendants' Motion to Transfer Venue in this Action is based upon (i) this Notice of Motion, (ii) the facts and arguments included in the Memorandum of Points and Authorities and Declarations of John P. Coffey and W. James Hall III, filed in the Tran Action, (iii) all pleadings and papers on file with the Court in this action, (iv) all judicially noticeable facts, and (v) upon such oral and written evidence as may be presented at the hearing of this Motion.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on February 22, 2016 and March 1, 2016. Accordingly, for the reasons above and more fully set forth in the related memorandum, Defendants request that the Court transfer this action to the Southern District of New York.

DATED: March 10, 2016

Respectfully submitted,

By: /S/ Robert D. Weber
      Robert D. Weber
      Perrie M. Weiner
      **DLA PIPER LLP (US)**

      John P. Coffey (*Pro Hac Vice* Pending)
      Jonathan M. Wagner (*Pro Hac Vice* Pending)
      Samantha V. Ettari (*Pro Hac Vice* Pending)
      Kramer Levin Naftalis & Frankel LLP

      *Attorneys for Defendants Third Avenue Management LLC, Third Avenue Trust, M.J. Whitman LLC, Vincent J. Dugan, W. James Hall III and Michael Buono*

---

[1] Counsel for plaintiff in the IMG Action has informed Defendants' counsel that it intends to oppose a motion to transfer the IMG Action to the SDNY, but will review the transfer motion filed in the Tran Action and thereafter advise whether they will adhere to that position. Coffey Decl. ¶ 10. Upon hearing from counsel, Defendants intend to move promptly to transfer the IMG Action to the SDNY, either as an opposed or unopposed motion.

3